Official Form 1 (1/08)

| United States Bankruptcy Court | **Voluntary Petition** |
|---|---|
| *NORTHERN* DISTRICT OF *ILLINOIS* | |

| Name of Debtor (if individual, enter Last, First, Middle): *Keehma, Charles J.* | Name of Joint Debtor (Spouse)(Last, First, Middle): *Keehma, Mary P.* |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): *NONE* | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): *aka Mary P McKnight, aka Mary P Bova* |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): *4787* | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): *1510* |
| Street Address of Debtor (No. & Street, City, and State): *912 Millard Ct* *Joliet IL*   ZIPCODE *60431* | Street Address of Joint Debtor (No. & Street, City, and State): *912 Millard Ct* *Joliet IL*   ZIPCODE *60431* |
| County of Residence or of the Principal Place of Business: *Will* | County of Residence or of the Principal Place of Business: *Kendall* |
| Mailing Address of Debtor (if different from street address): *SAME*   ZIPCODE | Mailing Address of Joint Debtor (if different from street address): *SAME*   ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above): *NOT APPLICABLE*   ZIPCODE | |

| Type of Debtor (Form of organization) (Check **one** box.) | Nature of Business (Check **one** box.) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box) |
|---|---|---|
| ☒ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.* ☐ Corporation (includes LLC and LLP) ☐ Partnership ☐ Other (if debtor is not one of the above entities, check this box and state type of entity below) | ☐ Health Care Business ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B) ☐ Railroad ☐ Stockbroker ☐ Commodity Broker ☐ Clearing Bank ☐ Other | ☐ Chapter 7   ☐ Chapter 15 Petition for Recognition ☐ Chapter 9      of a Foreign Main Proceeding ☐ Chapter 11 ☐ Chapter 12   ☐ Chapter 15 Petition for Recognition ☒ Chapter 13      of a Foreign Nonmain Proceeding |

(continued below)

| | Tax-Exempt Entity (Check box, if applicable.) ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts (Check one box) ☒ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"   ☐ Debts are primarily business debts. |
|---|---|---|

**Chapter 11 Debtors:**

**Check one box:**
☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**Check all applicable boxes:**
☐ A plan is being filed with this petition
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

| Filing Fee (Check one box) ☒ Full Filing Fee attached ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A. ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Offi cial Form 3B. | |
|---|---|

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☒ Debtor estimates that funds will be available for distribution to unsecured creditors. ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Official Form 1 (1/08)** FORM B1, Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | *Charles J. Keehma and* |
| | *Mary P. Keehma* |

### All Prior Bankruptcy Cases Filed Within Last 8 Years  (If more than two, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| *NONE* | | |
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor  (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| *NONE* | | |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition | X  */s/ GEORGE M. STUHR*            *11/6/2009*<br>Signature of Attorney for Debtor(s)            Date |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made part of this petition.

If this is a joint petition:

☒ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

Official Form 1 (1/08)                                                      FORM B1, Page  3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | *Charles J. Keehma and*  *Mary P. Keehma* |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** */s/ Charles J. Keehma*
Signature of Debtor

**X** */s/ Mary P. Keehma*
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

*11/6/2009*
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

11/6/2009
(Date)

### Signature of Attorney*

**X** */s/ GEORGE M. STUHR*
Signature of Attorney for Debtor(s)

*GEORGE M. STUHR 06187074*
Printed Name of Attorney for Debtor(s)

*STUHR & DRELL*
Firm Name

*54 NORTH OTTAWA STREET*
Address

*SUITE 200*

*Joliet IL  60432-4351*

*815-722-2252*
Telephone Number

*11/6/2009*
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

*11/6/2009*
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**FORM B6A (Official Form 6A) (12/07)**

In re _Charles J. Keehma and Mary P. Keehma_ ,        Case No._____

              Debtor(s)                                                                      (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| _Marital Residence_<br>_912 Millard Court_<br>_Joliet  IL  60431_ | _Fee Simple_ | J | _$ 250,000.00_ | _$ 250,000.00_ |
| _Time Share, Las Vegas NV_ | _Equitable Interest_ | J | _$ 2,000.00_ | _$ 2,000.00_ |

No continuation sheets attached

**TOTAL $**  | _252,000.00_

**(Report also on Summary of Schedules.)**

B6B (Official Form 6B) (12/07)

In re _Charles J. Keehma and Mary P. Keehma_ ,            Case No. _____
            Debtor(s)                                            (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. **Cash on hand.** | X | | | |
| 2. **Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives.** | | Checking Account<br>Fifth Third Bank<br>XXXXXXX8164<br>Location: In debtor's possession | J | $ 40.00 |
| | | Checking Account<br>Harris Bank<br>PO Box 94033<br>XXXXXXXX3136<br>Palatine   IL   60094-4033<br>Location: In debtor's possession | J | $ 358.71 |
| | | Checking Account<br>Harris Bank<br>PO Box 94033<br>XXXXXXX1249<br>Palatine   IL   60094-4033<br><br>Location: In debtor's possession | W | $ 99.48 |
| | | Checking Account<br>Meadows Credit Union<br>Account ******089<br>3350 Salt Creek Lane  Ste 100<br>Arlington Heights  Il  60005<br>Location: In debtor's possession | W | $ 55.05 |

Page ___1___ of ___4___

In re _Charles J. Keehma and Mary P. Keehma_ ,    Case No. _____
　　　　　　　　Debtor(s)    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Savings Account<br>Fifth Third Bank<br>Savings Account XXXXX8164<br>Location: In debtor's possession | J | $ 222.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Household goods<br>Location: In debtor's possession | J | $ 1,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Wearing Apparel<br>Location: In debtor's possession | J | $ 200.00 |
| 7. Furs and jewelry. | | Jewelry Engagement Ring<br>Location: In debtor's possession | W | $ 4,500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Firearms<br>Location: In debtor's possession | J | $ 300.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | AT&T Retirement Plan<br>Location: In debtor's possession | H | $ 10,718.06 |
| | | AT&T Retirement Plan<br>Location: In debtor's possession | W | $ 62,823.85 |

B6B (Official Form 6B) (12/07)

In re __Charles J. Keehma and Mary P. Keehma__ ,       Case No. _____
       Debtor(s)                                                          (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | *2005 Dodge Ram 5th wheel pickup truck* Location: In debtor's possession | J | $ 16,000.00 |
| | | *2005 Durango Piciup* Location: In debtor's possession | J | $ 10,000.00 |
| | | *Mobile Home* *2006 Paradise Point 5th wheel Trailer* Location: In debtor's possession | J | $ 20,000.00 |

Page __3__ of __4__

B6B (Official Form 6B) (12/07)

In re **Charles J. Keehma and Mary P. Keehma** _____,     Case No. _____
             Debtor(s)                                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **Total ➡** | $ 126,817.15 |

Page __4__ of __4__

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

In re **_Charles J. Keehma and Mary P. Keehma_** ,    Case No. _____
                    Debtor(s)                                                    (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds $136,875.

(Check one box)

☐ 11 U.S.C. § 522(b) (2)

☒ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| _Checking Account_<br>_Meadows Credit Union_<br>_Account ******089_<br>_3350 Salt Creek Lane  Ste 100_<br>_Arlington Heights  Il  60005_ | _735 ILCS 5/12-1001(b)_ | $ 55.05 | $ 55.05 |
| _Checking Account_<br>_Harris Bank_<br>_PO Box 94033_<br>_XXXXXXX1249_<br>_Palatine  IL  60094-4033_ | _735 ILCS 5/12-1001(b)_ | $ 99.48 | $ 99.48 |
| _Checking Account_<br>_Harris Bank_<br>_PO Box 94033_<br>_XXXXXXXX3136_<br>_Palatine  IL  60094-4033_ | _735 ILCS 5/12-1001(b)_ | $ 358.71 | $ 358.71 |
| _Checking Account_<br>_Fifth Third Bank_<br>_XXXXXXX8164_ | _735 ILCS 5/12-1001(b)_ | $ 40.00 | $ 40.00 |
| _Savings Account_<br>_Fifth Third Bank_<br>_Savings Account XXXXX8164_ | _735 ILCS 5/12-1001(b)_ | $ 222.00 | $ 222.00 |
| _Household goods_ | _735 ILCS 5/12-1001(b)_ | $ 1,500.00 | $ 1,500.00 |
| _Wearing Apparel_ | _735 ILCS 5/12-1001(a)_ | $ 200.00 | $ 200.00 |
| _Firearms_ | _735 ILCS 5/12-1001(b)_ | $ 300.00 | $ 300.00 |
| _AT&T Retirement Plan_ | _735 ILCS 5/12-1006_ | $ 62,823.85 | $ 62,823.85 |

B6C (Official Form 6C) (12/07)

In re _Charles J. Keehma and Mary P. Keehma_____,     Case No. _____

Debtor(s)                                                        (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

(Continuation Sheet)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| AT&T Retirement Plan | 735 ILCS 5/12-1006 | $ 10,718.06 | $ 10,718.06 |
| 2005 Dodge Ram 5th wheel pickup truck | 735 ILCS 5/12-1001(c) | $ 4,800.00 | $ 16,000.00 |

B6D (Official Form 6D) (12/07)

In re *Charles J. Keehma and Mary P. Keehma* ,  Case No._____
_____
**Debtor(s)**                                                                    (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien   H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: *5904*<br>*Creditor # : 1*<br>*Chase*<br>*201 N Walnut St # De1-10*<br>*Wilmington DE 19801* | | *J* *2005-06-29*<br>*Purchase Money Security*<br>*2005 Dodge Ram Pickup Truck*<br><br>Value: *$ 16,000.00* | | | X | *$ 5,514.00* | *$ 0.00* |
| Account No: *6853*<br>*Creditor # : 2*<br>*Chase Manhattan Mortga*<br>*10790 Rancho Bernardo Rd*<br>*San Diego CA 92127* | | *J* *2007-06-08*<br><br>*Marital Residence*<br><br>Value: *$ 250,000.00* | | | | *$ 263,639.00* | *$ 13,639.00* |
| Account No: *3764*<br>*Creditor # : 3*<br>*Chrysler Financial*<br>*5225 Crooks Rd Ste 140*<br>*Troy MI 48098* | | *H* *2005-08-30*<br>*Purchase Money Security*<br>*2005 Dodge Durango Truck*<br><br>Value: *$ 10,000.00* | | | X | *$ 14,917.00* | *$ 4,917.00* |

<u>1</u>   continuation sheets attached

Subtotal $   *$ 284,070.00*   *$ 18,556.00*
(Total of this page)

Total $
(Use only on last page)

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6D (Official Form 6D) (12/07)   - Cont.

In re _Charles J. Keehma and Mary P. Keehma_                    ,         Case No. _____
                                    **Debtor(s)**                                                (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: 2427  Creditor # : 4 Fifth Third Bank 5050 Kingsley Dr Cincinnati OH 45227 | J | 2005 Purchase Money Security  Value: $ 20,000.00 | | | X | $ 32,099.35 | $ 12,099.35 |
| Account No: 2427  Creditor # : 5 Fifth Third Bank Fifth Third Center Cincinnati OH 45263 | J | 2006-03-01 Mobile Home  Value: $ 20,000.00 | | | X | $ 32,212.00 | $ 32,212.00 |
| Account No: 5003  Creditor # : 6 Gmac Mortgage Po Box 4622 Waterloo IA 50704 | J | 2007-06-04 Mortgage Second Mortgage on Marital Residence  Value: $ 250,000.00 | | | X | $ 17,086.00 | $ 17,086.00 |
| Account No: 9857  Creditor # : 7 Wyndham Vo 10750 W. Charleston Blvd  Ste Las Vegas NV 89135 | J | 2004-06-01 Mortgage Time Share  Value: $ 2,000.00 | | | X | $ 10,161.00 | $ 8,161.00 |
| Account No:  | | Value: | | | | | |
| Account No:  | | Value: | | | | | |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Secured Claims

**Subtotal $** (Total of this page)  $ 91,558.35   $ 69,558.35

**Total $** (Use only on last page)  $ 375,628.35   $ 88,114.35

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6E (Official Form 6E) (12/07)

In re _Charles J. Keehma and Mary P. Keehma_                                        ,        Case No._____
                                    **Debtor(s)**                                                                                    **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**      (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**No continuation sheets attached**

B6F (Official Form 6F) (12/07)

In re _Charles J. Keehma and Mary P. Keehma_                              ,          Case No._____
                        **Debtor(s)**                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: _2002_ <br> *Creditor # : 1* <br> *American Express* <br> *Box 00001* <br> *Los Angeles CA 90096-8000* | | J | *Unknown* <br> *Credit Card Purchases* | | X | | $ 2,133.19 |
| Account No: _4133_ <br> *Creditor # : 2* <br> *Amex* <br> *Po Box 297871* <br> *Fort Lauderdale FL 33329* | | H | *2004-02-17* <br> *Credit Card Purchases* | | X | | $ 2,280.00 |
| Account No: _4133_ <br> *Representing:* <br> *Amex* | | | *Firstsource Advantage LLC* <br> *205 Bryant Woods South* <br> *Buffalo NY 14228* | | | | |
| Account No: _4133_ <br> *Representing:* <br> *Amex* | | | *NCO Financial System, Inc.* <br> *1804 Washington Blve* <br> *Mailstop 450* <br> *Baltimore MD 21230* | | | | |

_14_ continuation sheets attached

Subtotal $    $ 4,413.19

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Charles J. Keehma and Mary P. Keehma_ ,   Case No._____

**Debtor(s)**   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **6147** <br> *Creditor # : 3* <br> *Bank Of America* <br> *Po Box 17054* <br> *Wilmington DE 19850* | | H | 2001-07-24 <br> *Credit Card Purchases* | | X | | $ 5,752.00 |
| Account No: **6147** <br> *Representing:* <br> *Bank Of America* | | | *Northstar Financial Services* <br> *4285 Genesee Street* <br> *Buffalo NY 14225-1943* | | | | |
| Account No: **6147** <br> *Representing:* <br> *Bank Of America* | | | *NCO Financial Systems Inc* <br> *507 Prudential Road* <br> *Horsham PA 19044* | | | | |
| Account No: **0018** <br> *Creditor # : 4* <br> *Bank Of America* <br> *Po Box 17054* <br> *Wilmington DE 19850* | | W | 2006-05-20 <br> *Credit Card Purchases* | | X | | $ 5,666.00 |
| Account No: **0018** <br> *Representing:* <br> *Bank Of America* | | | *National Enterprise Systems* <br> *29125 Solon Road* <br> *Solon OH 44139-3442* | | | | |
| Account No: **0018** <br> *Representing:* <br> *Bank Of America* | | | *FMA Alliance LTD* <br> *11811 North Freeway* <br> *Ste 900* <br> *Houston TX 77060* | | | | |

Sheet No. **1** of **14** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 11,418.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Charles J. Keehma and Mary P. Keehma_____,   Case No._____
    **Debtor(s)**                                                                    **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   2525<br>Creditor # : 5<br>Bank Of America<br>Po Box 17054<br>Wilmington DE 19850 | | H | 2004-02-17<br>Credit Card Purchases | | | | $ 5,981.00 |
| Account No:   2525<br>Representing:<br>Bank Of America | | | Viking Collection Services Inc<br>7500 Office Ridge Circle<br>Eden Prairie MN 55344-3678 | | | | |
| Account No:   1373<br>Creditor # : 6<br>Bank Of America<br>Po Box 15726<br>Wilmington DE 19886-5726 | | W | Unknown<br>Credit Card Purchases | X | | | $ 14,214.68 |
| Account No:   1373<br>Representing:<br>Bank Of America | | | CACH LLC<br>370 17th Street  Ste 5000<br>Denver CO 80203 | | | | |
| Account No:   1373<br>Representing:<br>Bank Of America | | | Adler & Associates  LTD<br>25 E Washington St<br>Suite 500<br>Chicago IL 60602 | | | | |
| Account No:   1373<br>Representing:<br>Bank Of America | | | Neuheisel Law Firm PC<br>64 East Broadway Road<br>Ste 248<br>Tempe AZ 85282-1355 | | | | |

Sheet No.  **2**  of  **14** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**   $ 20,195.68

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re _Charles J. Keehma and Mary P. Keehma_                    ,        Case No._____
         **Debtor(s)**                                                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No. 1373 <br><br> *Representing:* <br> Bank Of America | | | Scott Lowery Law Office  PC <br> 4500 CherryCreek Drive South <br> Ste 700 <br> Denver CO 80246 | | | | |
| Account No. 7049 <br> Creditor # : 7 <br> *Bank Of America* <br> *Po Box 15726* <br> *Wilmington DE 19886-5726* | | H | Unknown <br> Credit Card Purchases | | X | | $ 2,061.23 |
| Account No. 7049 <br><br> *Representing:* <br> Bank Of America | | | NCO Financial Systems Inc <br> 507 Prudential Road <br> Horsham PA 19044 | | | | |
| Account No. 7049 <br><br> *Representing:* <br> Bank Of America | | | Albert Law Firm PC <br> 205 W Randolph St <br> Ste 920 <br> Chicago IL 60606-4902 | | | | |
| Account No. 7049 <br><br> *Representing:* <br> Bank Of America | | | Capstone Financial LLC <br> C/O Albert Law Firm <br> 205 W Randolph St Ste 920 <br> Chicago IL 60606 | | | | |
| Account No. 5380 <br> Creditor # : 8 <br> *Bank Of America* <br> *Po Box 1598* <br> *Norfolk VA 23501* | | H | 2003-12-12 | | | | $ 793.00 |

Sheet No. __3__ of __14__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 2,854.23

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Charles J. Keehma and Mary P. Keehma_____ ,      Case No. _____

**Debtor(s)**                                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   5380 <br><br> *Representing:* <br> Bank Of America | | | NCO Financial Systems Inc <br> 507 Prudential Road <br> Horsham PA 19044 | | | | |
| Account No:   5380 <br><br> *Representing:* <br> Bank Of America | | | United Recovery System LP <br> PO Box 722929 <br> Houston TX 77272-2929 | | | | |
| Account No:   2231 <br> Creditor # : 9 <br> Chase <br> Po Box 15298 <br> Wilmington DE 19850 | | H | 2002-06-18 <br> Credit Card Purchases | | X | | $ 2,395.00 |
| Account No:   2231 <br><br> *Representing:* <br> Chase | | | Frederick J. Hanna & Associate <br> 1427 Roswell Road <br> Marietta GA 30062 | | | | |
| Account No:   1298 <br> Creditor # : 10 <br> Chase <br> Po Box 15298 <br> Wilmington DE 19850 | | H | 2006-06-25 | | X | | $ 828.00 |
| Account No:   1298 <br><br> *Representing:* <br> Chase | | | NCO Financial Systems Inc <br> 507 Prudential Road <br> Horsham PA 19044 | | | | |

Sheet No.   4  of   14  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 3,223.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Charles J. Keehma and Mary P. Keehma_____ ,    Case No._____
    **Debtor(s)**    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.   6693<br><br>Creditor # : 11<br>Citi<br>Po Box 6241<br>Sioux Falls SD 57117 | | W | 2003-01-15<br>Credit Card Purchases<br>Credit Card Purchases | | X | | $ 12,285.00 |
| Account No.   6693<br><br>Representing:<br>Citi | | | Accounts Receivable Managment<br>PO Box 129<br>Thorofare NJ 08086-0129 | | | | |
| Account No.   6693<br><br>Representing:<br>Citi | | | Alliance One<br>1160 Centre Pointe Drive  Ste<br>Saint Paul MN 55120 | | | | |
| Account No.   6693<br><br>Representing:<br>Citi | | | GC Services Limited Partnersh<br>6330 Gulfton<br>Houston TX 77081 | | | | |
| Account No.   0994<br><br>Creditor # : 12<br>Citi financial Retail S<br>Po Box 22066<br>Tempe AZ 85285 | | W | 2006-06-10<br>Furniture | | X | | $ 3,879.00 |
| Account No.   0994<br><br>Representing:<br>Citi financial Retail S | | | Portfolio Recovery Associates<br>PO Box 12914<br>Norfolk VA 23541 | | | | |

Sheet No.   5   of   14   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 16,164.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Charles J. Keehma and Mary P. Keehma_____,   Case No._____
          **Debtor(s)**                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 0994 Representing: Citi financial Retail S | | | Academy Collection Service  In 10965 Decatur Road Philadelphia PA 19154-3210 | | | | |
| Account No: 0994 Representing: Citi financial Retail S | | | GC Services Limited Partnersh 6330 Gulfton Houston TX 77081 | | | | |
| Account No: 1967 Creditor # : 13 Comcast C/O Credit Protection Associat 13355 Noel Rd Dallas TX 75240 | | H | 2008-09-10 | | | | $ 101.00 |
| Account No: 1967 Representing: Comcast | | | CREDIT PROTECTION ASSO 13355 NOEL RD STE 2100 DALLAS TX 75240 | | | | |
| Account No: 4698 Creditor # : 14 Fifth Third Bank 5050 Kingsley Dr Cincinnati OH 45227 | | H | 2006-03-13 | | X | | $ 1,137.00 |
| Account No: 4698 Representing: Fifth Third Bank | | | Client Services Inc 3451 Harry Truman Blvd Saint Charles MO 63301-4047 | | | | |

Sheet No. _6_ of _14_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $       $ 1,238.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Charles J. Keehma and Mary P. Keehma_ ,   Case No._____
   **Debtor(s)**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   4698<br><br>Representing:<br>Fifth Third Bank | | | Blatt Hasenmiller Leibsker & M<br>125 S Wacker Drive<br>Suite 400<br>Chicago IL 60606-4902 | | | | |
| Account No:   4532<br><br>Creditor # : 15<br>Fifth Third Bank<br>5050 Kingsley Dr<br>Cincinnati OH 45227 | | W | 2006-03-13<br>Credit Card Purchases | | X | | $ 1,590.00 |
| Account No:   4532<br><br>Representing:<br>Fifth Third Bank | | | Blatt Hasenmiller Leibsker & M<br>125 S Wacker Drive<br>Suite 400<br>Chicago IL 60606-4902 | | | | |
| Account No:   4532<br><br>Representing:<br>Fifth Third Bank | | | RAB Inc<br>Suite 501<br>Cordova TN 38016 | | | | |
| Account No:   9752<br><br>Creditor # : 16<br>GE Capital Sam S Clu<br>PO Box 530942<br>Atlanta GA 30353-0942 | | J | 2008-10-28 | | X | | $ 1,121.00 |
| Account No:   9752<br><br>Representing:<br>GE Capital Sam S Clu | | | LVNV FUNDING LLC<br>PO BOX 740281<br>HOUSTON TX 77274 | | | | |

Sheet No.   7   of   14   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 2,711.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re _Charles J. Keehma and Mary P. Keehma_ ,                    Case No. _____
             **Debtor(s)**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No. 9752<br><br>Representing:<br>GE Capital Sam S Clu | | | Financial Recovery Services In<br>PO Box 385908<br>Minneapolis MN 55438-5908 | | | | |
| Account No. 9752<br><br>Representing:<br>GE Capital Sam S Clu | | | ACI LLC<br>2420 Sweet Home Road<br>Suite 150<br>Buffalo NY 14228-2244 | | | | |
| Account No. 3278<br>Creditor # : 17<br>GE MONEY BANK<br>PO BOX 530927<br>Atlanta GA 30353-0927 | | H | 2008-09-22<br>Credit Card Purchases | | X | | $ 1,183.00 |
| Account No. 3278<br><br>Representing:<br>GE MONEY BANK | | | ARROW FINANCIAL SERVIC<br>5996 W TOUHY AVE<br>NILES IL 60714 | | | | |
| Account No. 3278<br><br>Representing:<br>GE MONEY BANK | | | Tate & Kirlin Associates<br>2810 Southampton Road<br>Philadelphia PA 19154-1207 | | | | |
| Account No. 5154<br>Creditor # : 18<br>Home Depot Credit Services<br>Processing Center<br>Des Moines IA 50364-0500 | | W | Unknown<br>Consumer Products | | X | | $ 1,099.45 |

Sheet No. _8_ of _14_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                **Subtotal $**      **$ 2,282.45**

                                **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Charles J. Keehma and Mary P. Keehma_____ ,        Case No. _____
                    **Debtor(s)**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:  5154  Representing: Home Depot Credit Services | | | Blatt Hasenmiller Leibsker & M 125 S Wacker Drive Suite 400 Chicago IL 60606-4902 | | | | |
| Account No:  5154  Representing: Home Depot Credit Services | | | NCO Financial Systems Inc 507 Prudential Road Horsham PA 19044 | | | | |
| Account No:  5240  Creditor # : 19 Household Bank - Best Buy PO Box 17298 Baltimore MD 21297-1298 | J | | 10/29/2008 Credit Card Purchases | | X | | $ 1,082.81 |
| Account No:  5240  Representing: Household Bank - Best Buy | | | Scott Lowery Law Office  PC 1422 E 71st St Suite B Tulsa OK 74136 | | | | |
| Account No:  5240  Representing: Household Bank - Best Buy | | | CACH LLC 370 17th Street  Ste 5000 Denver CO 80203 | | | | |
| Account No:  5240  Representing: Household Bank - Best Buy | | | Pentagroup Financial LLC 5959 Corporate Drive Ste 1400 Houston TX 77036 | | | | |

Sheet No.  9  of  14  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 1,082.81

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Charles J. Keehma and Mary P. Keehma_____,   Case No._____
          **Debtor(s)**                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    7796 <br> *Creditor # : 20* <br> *Household Bank - Best Buy* <br> *PO Box 17298* <br> *Baltimore MD 21297-1298* | | H | *10/28/2008* <br> *Credit Card Purchases* <br> *Credit Card Purchases* | | X | | $ 4,089.02 |
| Account No:    7796 <br> *Representing:* <br> *Household Bank - Best Buy* | | | *Arrow Financial Services* <br> *Niles IL 60714* | | | | |
| Account No:    7796 <br> *Representing:* <br> *Household Bank - Best Buy* | | | *Capitol Management Services* <br> *726 Exchange St* <br> *Ste 700* <br> *Buffalo NY 142010* | | | | |
| Account No:    7796 <br> *Representing:* <br> *Household Bank - Best Buy* | | | *National Enterprise Systems* <br> *29125 Solon Road* <br> *Solon OH 44139-3442* | | | | |
| Account No:    7796 <br> *Representing:* <br> *Household Bank - Best Buy* | | | *Redlind Recovery Services* <br> *95 John Muir Dreiv* <br> *Buffalo NY 14228-1144* | | | | |
| Account No:    7636 <br> *Creditor # : 21* <br> *Household Bank - OfficeMax* <br> *PO Box 17602* <br> *Baltimore MD 21279-1602* | | H | *10/28/2008* <br> *Credit Card Purchases* | | X | | $ 634.86 |

Sheet No. _10_ of _14_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   |   $ 4,723.88
Total $   |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Charles J. Keehma and Mary P. Keehma_ ,                              Case No._____
**Debtor(s)**                                                                                    **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   7636<br><br>*Representing:*<br>*Household Bank - OfficeMax* | | | Arrow Financial Services<br>Niles IL 60714 | | | | |
| Account No:   7636<br><br>*Representing:*<br>*Household Bank - OfficeMax* | | | Northland Group Inc<br>PO Box 390846<br>Minneapolis MN 55439 | | | | |
| Account No:   7636<br><br>*Representing:*<br>*Household Bank - OfficeMax* | | | National Enterprise Systems<br>29125 Solon Road<br>Solon OH 44139-3442 | | | | |
| Account No:   5064<br>Creditor # : 22<br>Hsbc Bank<br>Po Box 5253<br>Carol Stream IL 60197 | W | | 2008-01-12<br>Credit Card Purchases | | X | | $ 1,044.00 |
| Account No:   5064<br><br>*Representing:*<br>*Hsbc Bank* | | | James A West PC<br>6380 Rogedale Road<br>Suite 130<br>Houston TX 77072-1624 | | | | |
| Account No:   5064<br><br>*Representing:*<br>*Hsbc Bank* | | | Accounts Receivable Managment<br>PO Box 129<br>Thorofare NJ 08086-0129 | | | | |

Sheet No. __11__ of __14__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**                          $ 1,044.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)  - Cont.

In re _Charles J. Keehma and Mary P. Keehma_____ ,        Case No._____
                    **Debtor(s)**                                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    9841  Creditor # : 23 Hsbc Bank Nev Menard | | W | 2008-10-28 | | X | | $ 2,636.00 |
| Account No:    9841  Representing: Hsbc Bank Nev Menard | | | LVNV FUNDING LLC PO BOX 740281 HOUSTON TX 77274 | | | | |
| Account No:    7952  Creditor # : 24 Kohls/chase N56 W 17000 Ridgewood Dr Menomonee Falls WI 53051 | | J | 2004-05-24 | | | | $ 1,470.00 |
| Account No:    7952  Representing: Kohls/chase | | | Enhanced Recovery Copr 8014 Bayberry Road Jacksonville FL 32256-7412 | | | | |
| Account No:    5535  Creditor # : 25 Maryland National Ba C/O Pentagroup Finincial LLC 5959 Corporate Drive Ste 1400 Houston TX 77036 | | H | 2008-12-17 | | | | $ 1,263.00 |
| Account No:    5535  Representing: Maryland National Ba | | | CACH LLC 370 17TH ST STE 5000 DENVER CO 80202 | | | | |

Sheet No.   12  of    14  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal $ | $ 5,369.00 |
|---|---|---|
|  | Total $ | |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Charles J. Keehma and Mary P. Keehma_____ ,   Case No._____
      **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   5535<br><br>*Representing:*<br>*Maryland National Ba* | | | *Pentagroup Financial LLC*<br>*5959 Corporate Drive*<br>*Ste 1400*<br>*Houston TX 77036* | | | | |
| Account No:   5538<br><br>*Creditor # : 26*<br>*Rogers & Hollands*<br>*8019 Innovation Way*<br>*Chicago IL 60682-0080* | | H | *2003-10-01*<br>*Jewlery* | | X | | $ 10,829.00 |
| Account No:   5538<br><br>*Representing:*<br>*Rogers & Hollands* | | | *Dimand Law Offices PC*<br>*5 E Wilson St*<br>*Batavia IL 60510* | | | | |
| Account No:   7266<br><br>*Creditor # : 27*<br>*Rogers & Hollands*<br>*8019 Innovation Way*<br>*Chicago IL 60682-0080* | | W | *2001-11-01*<br>*Jewlery* | | X | | $ 3,834.00 |
| Account No:   4452<br><br>*Creditor # : 28*<br>*Sears Premier*<br>*C/O Redline Recovery Services*<br>*11675 Rainwater Dr  Ste 350*<br>*Alpharetta GA 30009-8693* | | W | *2008-11-18* | | X | | $ 804.00 |
| Account No:   4452<br><br>*Representing:*<br>*Sears Premier* | | | *LVNV FUNDING LLC*<br>*PO BOX 740281*<br>*HOUSTON TX 77274* | | | | |

Sheet No.   13  of   14  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 15,467.00
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)  - Cont.

In re _Charles J. Keehma and Mary P. Keehma_____ ,     Case No. _____
**Debtor(s)**                                                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.   4452<br><br>*Representing:*<br>*Sears Premier* | | | *Leading Edge Recovery Solution*<br>*540 N Cumberland Ave  Ste 300*<br>*Chicago IL 60656-1490* | | | | |
| Account No.   0397<br>*Creditor # : 29*<br>*Sears/cbsd*<br>*Po Box 6189*<br>*Sioux Falls SD 57117* | | W | *2006-04-29*<br><br>*Case has gone to Judgment* | | | | $ 8,999.00 |
| Account No.   0397<br><br>*Representing:*<br>*Sears/cbsd* | | | *Blatt Hasenmiller Leibsker & M*<br>*125 S Wacker Drive*<br>*Suite 400*<br>*Chicago IL 60606-4902* | | | | |
| Account No.   3303<br>*Creditor # : 30*<br>*Sears/cbsd*<br>*Po Box 6189*<br>*Sioux Falls SD 57117* | | H | *1988-04-01*<br>*Credit Card Purchases*<br>*Claim has gone to judgment* | X | | | $ 980.00 |
| Account No.   3303<br><br>*Representing:*<br>*Sears/cbsd* | | | *Blatt Hasenmiller Leibsker & M*<br>*125 S Wacker Drive*<br>*Suite 400*<br>*Chicago IL 60606-4902* | | | | |
| Account No: | | | | | | | |

Sheet No.  14  of  14  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**     $ 9,979.00

**Total $**     $ 102,165.24

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6G (Official Form 6G) (12/07)

In re **_Charles J. Keehma and Mary P. Keehma_** _____ / Debtor        Case No. _____

(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
|  |  |

B6H (Official Form 6H) (12/07)

In re _Charles J. Keehma and Mary P. Keehma_ _____ / Debtor        Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | |

B6I (Official Form 6I) (12/07)

In re _Charles J. Keehma and Mary P. Keehma_ ,   Case No. _____

**Debtor(s)**   (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | *Engineer* | *Engineer* |
| Name of Employer | *AT&T* | *AT&T* |
| How Long Employed | *14 years* | *20 years* |
| Address of Employer | *65 W Webster St Joliet IL 60432* | *65 w webster St Joliet IL 60432* |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 6,476.24 | $ 6,476.26 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 6,476.24 | $ 6,476.26 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 1,913.64 | $ 1,886.72 |
| b. Insurance | $ 180.48 | $ 134.02 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify): *401K Loan Repayment* | $ 164.74 | $ 597.56 |
| *United Way* | $ 4.34 | $ 4.34 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 2,263.20 | $ 2,622.64 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 4,213.04 | $ 3,853.62 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME   (Add amounts shown on lines 6 and 14) | $ 4,213.04 | $ 3,853.62 |
| 16. COMBINED AVERAGE MONTHLY INCOME:   (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $ 8,066.66 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re _Charles J. Keehma and Mary P. Keehma_                    ,    Case No. _____

 Debtor(s)                                                                                    (if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

        Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22 A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 3,222.76 |
|     a. Are real estate taxes included?   Yes ☒   No ☐ | | |
|     b. Is property insurance included?   Yes ☒   No ☐ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 287.00 |
|     b. Water and sewer | $ | 40.00 |
|     c. Telephone | $ | 45.00 |
|     d. Other   _Internet and Cable_ | $ | 87.00 |
|     Other   _Garbage_ | $ | 18.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 150.00 |
| 4. Food | $ | 500.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 400.00 |
| 8. Transportation (not including car payments) | $ | 566.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 150.00 |
| 10. Charitable contributions | $ | 8.78 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|     a. Homeowner's or renter's | $ | 0.00 |
|     b. Life | $ | 61.18 |
|     c. Health | $ | 0.00 |
|     d. Auto | $ | 200.00 |
|     e. Other | $ | 0.00 |
|     Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) | | |
| (Specify)   _Health Savings Account_ | $ | 325.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|     a. Auto | $ | 0.00 |
|     b. Other: | $ | 0.00 |
|     c. Other:   _Recreational Vehicle_ | $ | 357.18 |
|     Line 13 Continuation Page Total (see continuation page for itemization) | $ | 298.35 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other:   _Homeowners Association_ | $ | 37.50 |
|     Other:   _Pet Care & Vet Bils for 5 cats_ | $ | 200.00 |
| | | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES  Total lines 1-17. Report also on Summary of Schedules | $ | 7,053.75 |

        and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
|     a. Average monthly income from Line 16 of Schedule I | $ | 8,066.66 |
|     b. Average monthly expenses from Line 18 above | $ | 7,053.75 |
|     c. Monthly net income (a. minus b.) | $ | 1,012.91 |

In re *Charles J. Keehma and Mary P. Keehma* ,                    **Case No.** _____
                    **Debtor(s)**

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR
**(Continuation page)**

**13. (continuation) OTHER INSTALLMENTS**

*Sharefield Wyndam Resort* .............................................................................. $ .................... *298.35*

| **Line 13 Continuation Page Total (seen as line item "13" on Schedule J)** | $ | 298.35 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Charles J. Keehma and Mary P. Keehma*

Case No.

Chapter *13*

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | *Yes* | *1* | $ *252,000.00* | | |
| B-Personal Property | *Yes* | *4* | $ *126,817.15* | | |
| C-Property Claimed as Exempt | *Yes* | *2* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *2* | | $ *375,628.35* | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | *Yes* | *1* | | $ *0.00* | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *15* | | $ *102,165.24* | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *1* | | | |
| I-Current Income of Individual Debtor(s) | *Yes* | *1* | | | $ *8,066.66* |
| J-Current Expenditures of Individual Debtor(s) | *Yes* | *2* | | | $ *7,053.75* |
| TOTAL | | *30* | $ *378,817.15* | $ *477,793.59* | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *Charles J. Keehma and Mary P. Keehma*                        Case No.

                                                                    Chapter   *13*

_____ / Debtor

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C  § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ *0.00* |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ *0.00* |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ *0.00* |
| Student Loan Obligations (from Schedule F) | $ *0.00* |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ *0.00* |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ *0.00* |
| **TOTAL** | $ *0.00* |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ *8,066.66* |
| Average Expenses (from Schedule J, Line 18) | $ *7,053.75* |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ *12,997.94* |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ *88,114.35* |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ *0.00* | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ *0.00* |
| 4. Total from Schedule F | | $ *102,165.24* |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ *190,279.59* |

**B6 Declaration (Official Form 6 - Declaration) (12/07)**

In re _Charles J. Keehma and Mary P. Keehma_ _____    Case No. _____
                    Debtor                                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___31___ sheets, and that they are true and correct to the best of my knowledge, information and belief.


Date: _11/6/2009_____        Signature _/s/ Charles J. Keehma_____
                                                 _Charles J. Keehma_


Date: _11/6/2009_____        Signature _/s/ Mary P. Keehma_____
                                                 _Mary P. Keehma_

                    [If joint case, both spouses must sign.]


Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: *Charles J. Keehma*
   *and*
   *Mary P. Keehma*
   *aka Mary P McKnight*
   *aka Mary P Bova*

Case No.

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| Year to date: 66476. | Employment |
| Last year: 181016.00 | Employment, Combined |
| Previous year: 174337.00 | Employment combined |

| | |
|---|---|
| Year to date: 67554.20 | Employment Spouse |
|   Last Year: | |
| Year before: | |

---

### 2. Income other than from employment or operation of business

None ☒

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 3. Payments to creditors

None ☒   Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒   b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒   c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐   a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Citi Bank, SD NA v. Mary Keehma 09SC3058* | *Collection Suit* | *12th Judicial Circuit, Joliet, Il* | *Judgment entered* |
| *Citibank SD NA v. Charles Keehma 09SC3052* | *Collection Suite* | *12th Judicial Circuit, Joliet, IL* | *In Process* |
| *Cach LLC v. Mary Keehma 09AR1781* | *Collection Suite* | *12th Judicial Circuit, Joliet, IL* | *In Progress* |

None ☒   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 5. Repossessions, foreclosures and returns

None ☒   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning

property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 6. Assignments and receiverships

None
☒    a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☒    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 7. Gifts

None
☒    List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 8. Losses

None
☒    List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 9. Payments related to debt counseling or bankruptcy

None
☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: GEORGE M. STUHR* <br> *Address:* <br> *54 NORTH OTTAWA STREET* <br> *SUITE 200* <br> *Joliet, IL 60432-4351* | *Date of Payment:* <br> *Payor: CharlesJ. Kema* | *$1,200.00* |
| *Payee:Chestnut Credit* <br> *Counseling* <br> *Address:Springfield Ave,* <br> *Joliet 60435* | *Date of Payment: 10/07/09* <br> *Payor: Debtors* | *$55.00* |

---

### 10. Other transfers

None
☒    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Statement of Affairs - Page 3

None ☒    b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a benificiary.

---

### 11. Closed financial accounts

None ☒    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 12. Safe deposit boxes

None ☐    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| *Institution:Harris Bank Address: Essington Avenue, Joliet  IL  60435* | *Name:  Debtors Address:* | *Pass Ports, Death Certificates, Marriage Certificate, Birth Certificates* | |

---

### 13. Setoffs

None ☒    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 14. Property held for another person

None ☒    List all property owned by another person that the debtor holds or controls.

---

### 15. Prior address of debtor

None ☐    If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| *Debtor:Mary McKnight Address:2101 Wildwood Lane Hanover Park  IL  60133* | *Name(s):Mary P. McKnight* | |

## 16. Spouses and Former Spouses

None
☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

## 17. Environmental Information

None
☒

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar termunder an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None
☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

## 18. Nature, location and name of business

None
☒

a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses    in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses    in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

None
☒

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.


Date  *11/6/2009*                        Signature   */s/ Charles J. Keehma*
                                         of Debtor


Date  *11/6/2009*                        Signature   */s/ Mary P. Keehma*
                                         of Joint Debtor
                                         (if any)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re  *Charles J. Keehma*
     *and*
*Mary P. Keehma*
*aka Mary P McKnight*
*aka Mary P Bova*

Case No.
Chapter  *13*

_____ / Debtor

Attorney for Debtor:  *GEORGE M. STUHR*

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.  The undersigned is the attorney for the debtor(s) in this case.

2.  The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
    a)  For legal services rendered or to be rendered in contemplation of and in
        connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____*3,839.00*
    b)  Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . $_____*1,500.00*
    c)  The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . $_____*2,339.00*

3.  $_____*274.00*_____ of the filing fee in this case has been paid.

4.  The Services rendered or to be rendered include the following:
    a)  Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to
        file a petition under title 11 of the United States Code.
    b)  Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the
        court.
    c)  Representation of the debtor(s) at the meeting of creditors.

5.  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for
    services performed, and
    *None other*

6.  The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will
    be from earnings, wages and compensation for services performed, and
    *None other*

7.  The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for
    the value stated:
    *None*

8.  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's
    law firm, any compensation paid or to be paid except as follows:
    *None*

Dated: *11/6/2009*

Respectfully submitted,

X */s/ GEORGE M. STUHR* _____
Attorney for Petitioner:*GEORGE M. STUHR*
                           *STUHR & DRELL*
                           *54 NORTH OTTAWA STREET*
                           *SUITE 200*
                           *Joliet IL  60432-4351*
                           *815-722-2252*
                           *stuhr_drell2@earthlink.net*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Charles J. Keehma*
    *and*
    *Mary P. Keehma*
    *aka Mary P McKnight*
    *aka Mary P Bova*

Case No.

Chapter  *13*

_____ / Debtor

Attorney for Debtor:    *GEORGE M. STUHR*

## <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: _____

*/s/ Charles J. Keehma* _____
Debtor

*/s/ Mary P. Keehma* _____
Joint Debtor

ARROW FINANCIAL SERVICES
NILES  IL  60714

AMEX
PO BOX 297871
FORT LAUDERDALE  FL  33329

CAPSTONE FINANCIAL LLC
C/O ALBERT LAW FIRM
205 W RANDOLPH ST STE 920
CHICAGO IL  60606


RAB INC
SUITE 501
CORDOVA  TN  38016

ARROW FINANCIAL SERVIC
5996 W TOUHY AVE
NILES  IL  60714

CHASE
201 N WALNUT ST # DE1-10
WILMINGTON  DE  19801


ACADEMY COLLECTION SERVICE
10965 DECATUR ROAD
PHILADELPHIA  PA  19154-321

BANK OF AMERICA
PO BOX 17054
WILMINGTON  DE  19850

CHASE
PO BOX 15298
WILMINGTON  DE  19850


ACCOUNTS RECEIVABLE MANAGME
PO BOX 129
THOROFARE  NJ  08086-0129

BANK OF AMERICA
PO BOX 1598
NORFOLK  VA  23501

CHASE MANHATTAN MORTGA
10790 RANCHO BERNARDO RD
SAN DIEGO  CA  92127


ACI LLC
2420 SWEET HOME ROAD
SUITE 150
BUFFALO  NY  14228-2244

BANK OF AMERICA
PO BOX 15726
WILMINGTON  DE  19886-5726

CHRYSLER FINANCIAL
5225 CROOKS RD STE 140
TROY  MI  48098


ADLER & ASSOCIATES  LTD
25 E WASHINGTON ST
SUITE 500
CHICAGO  IL  60602

BLATT HASENMILLER LEIBSKER
125 S WACKER DRIVE
SUITE 400
CHICAGO  IL  60606-4902

CITI
PO BOX 6241
SIOUX FALLS  SD  57117


ALBERT LAW FIRM PC
205 W RANDOLPH ST
STE 920
CHICAGO  IL  60606-4902

CACH LLC
370 17TH STREET  STE 5000
DENVER  CO  80203

CITI FINANCIAL RETAIL S
PO BOX 22066
TEMPE  AZ  85285


ALLIANCE ONE
1160 CENTRE POINTE DRIVE  S
SAINT PAUL  MN  55120

CACH LLC
370 17TH ST STE 5000
DENVER  CO  80202

CLIENT SERVICES INC
3451 HARRY TRUMAN BLVD
SAINT CHARLES  MO  63301-40


AMERICAN EXPRESS
BOX 00001
LOS ANGELES  CA  90096-8000

CAPITOL MANAGEMENT SERVICES
726 EXCHANGE ST
STE 700
BUFFALO  NY  142010

COMCAST
C/O CREDIT PROTECTION ASSOC
13355 NOEL RD
DALLAS  TX  75240

CREDIT PROTECTION ASSO
13355 NOEL RD STE 2100
DALLAS  TX  75240

GC SERVICES LIMITED PARTNER:
6330 GULFTON
HOUSTON  TX  77081

HSBC BANK NEV MENARD

DIMAND LAW OFFICES PC
5 E WILSON ST
BATAVIA  IL  60510

GE CAPITAL SAM S CLU
PO BOX 530942
ATLANTA  GA  30353-0942

JAMES A WEST PC
6380 ROGEDALE ROAD
SUITE 130
HOUSTON  TX  77072-1624

ENHANCED RECOVERY COPR
8014 BAYBERRY ROAD
JACKSONVILLE  FL  32256-741:

GE MONEY  BANK
PO BOX 530927
ATLANTA  GA  30353-0927

CHARLES J  KEEHMA
MARY P  KEEHMA
912 MILLARD CT
JOLIET  IL  60431

FIFTH THIRD BANK
FIFTH THIRD CENTER
CINCINNATI  OH  45263

GEORGE M  STUHR
54 NORTH OTTAWA STREET
SUITE 200
JOLIET  IL  60432-4351

KOHLS/CHASE
N56 W 17000 RIDGEWOOD DR
MENOMONEE FALLS  WI  53051

FIFTH THIRD BANK
5050 KINGSLEY DR
CINCINNATI  OH  45227

GMAC MORTGAGE
PO BOX 4622
WATERLOO  IA  50704

LEADING EDGE RECOVERY SOLUT:
540 N CUMBERLAND AVE  STE 3(
CHICAGO  IL  60656-1490

FINANCIAL RECOVERY SERVICES
PO BOX 385908
MINNEAPOLIS  MN  55438-5908

HOME DEPOT CREDIT SERVICES
PROCESSING CENTER
DES MOINES  IA  50364-0500

LVNV FUNDING LLC
PO BOX 740281
HOUSTON  TX  77274

FIRSTSOURCE ADVANTAGE LLC
205 BRYANT WOODS SOUTH
BUFFALO  NY   14228

HOUSEHOLD BANK - BEST BUY
PO BOX 17298
BALTIMORE  MD  21297-1298

MARYLAND NATIONAL BA
C/O PENTAGROUP FININCIAL LL(
5959 CORPORATE DRIVE STE 14(
HOUSTON  TX  77036

FMA ALLIANCE LTD
11811 NORTH FREEWAY
STE 900
HOUSTON  TX  77060

HOUSEHOLD BANK - OFFICEMAX
PO BOX 17602
BALTIMORE  MD  21279-1602

NATIONAL ENTERPRISE SYSTEMS
29125 SOLON ROAD
SOLON  OH  44139-3442

FREDERICK J  HANNA & ASSOCI.
1427 ROSWELL ROAD
MARIETTA  GA  30062

HSBC BANK
PO BOX 5253
CAROL STREAM  IL  60197

NCO FINANCIAL SYSTEM  INC
1804 WASHINGTON BLVE
MAILSTOP 450
BALTIMORE  MD  21230

NCO FINANCIAL SYSTEMS INC
507 PRUDENTIAL ROAD
HORSHAM  PA  19044

SCOTT LOWERY LAW OFFICE  PC
4500 CHERRYCREEK DRIVE SOUTH
STE 700
DENVER  CO  80246

NEUHEISEL LAW FIRM PC
64 EAST BROADWAY ROAD
STE 248
TEMPE  AZ  85282-1355

SEARS PREMIER
C/O REDLINE RECOVERY SERVICE
11675 RAINWATER DR  STE 350
ALPHARETTA  GA  30009-8693

NORTHLAND GROUP INC
PO BOX 390846
MINNEAPOLIS  MN  55439

SEARS/CBSD
PO BOX 6189
SIOUX FALLS  SD  57117

NORTHSTAR FINANCIAL SERVICE
4285 GENESEE STREET
BUFFALO  NY  14225-1943

TATE & KIRLIN ASSOCIATES
2810 SOUTHAMPTON ROAD
PHILADELPHIA  PA  19154-120

PENTAGROUP FINANCIAL LLC
5959 CORPORATE DRIVE
STE 1400
HOUSTON  TX  77036

UNITED RECOVERY SYSTEM LP
PO BOX 722929
HOUSTON  TX  77272-2929

PORTFOLIO RECOVERY ASSOCIAT
PO BOX 12914
NORFOLK  VA  23541

VIKING COLLECTION SERVICES
7500 OFFICE RIDGE CIRCLE
EDEN PRAIRIE  MN  55344-367

REDLIND RECOVERY SERVICES
95 JOHN MUIR DREIV
BUFFALO  NY  14228-1144

WYNDHAM VO
10750 W  CHARLESTON BLVD  S
LAS VEGAS  NV  89135

ROGERS & HOLLANDS
8019 INNOVATION WAY
CHICAGO  IL  60682-0080

SCOTT LOWERY LAW OFFICE  PC
1422 E 71ST ST
SUITE B
TULSA  OK  74136